UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:  HARLENE BENITEZ

                                 Case No.: 23-10646-PDR
                                 Chapter     7

Debtor(s).

_____

## SUPPLEMENTAL FEE DISCLOSURE AND CERIFICATION OF SERVICE OF ORIGINAL REAFFIRMATION AGREEMENT ON CREDITOR

Counsel for the Debtor(s), Kingcade & Garcia, P.A., pursuant to 11 U.S.C. § 329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, hereby files this Supplemental Fee Disclosure and Certification that Reaffirmation Agreement was mailed to Heckman Law Group on May 3, 2023.

1. The Debtor has requested and believes that the following services, which are not contemplated by the original fee agreement between the Debtor and the attorney for the Debtor, are reasonable and necessary: <u>Request, transmittal, review, negotiate and execution of reaffirmation agreement with the following: Baptist Health South Florida Federal Credit Union.</u>

2. For these services, counsel for the Debtor(s), Kingcade & Garcia, P.A., has received a fee of $200.00 and costs of $00.00.  Kingcade & Garcia, P.A. has not agreed to share the above – disclosed compensation with person(s) who are not members or associates of Kingcade & Garcia, P.A.

3. Timothy S. Kingcade certifies that the executed reaffirmation agreement with Baptist Health South Florida Federal Credit Union was mailed to Heckman Law Group, POB 12492, Tallahassee, FL 32317 on May 3, 2023.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent, via CM/ECF, on May 3, 2023 to the Assistant United States Trustee.

| | |
|---|---|
| CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)<br><br>I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | KINGCADE & GARCIA, P.A<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.COM<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>*/S/Timothy S. Kingcade*<br>X   Timothy S. Kingcade, Esq., FBN 082309<br>☐  Wendy Garcia, Esq., FBN 0865478<br>☐  Jessica L. McMaken, Esq., FBN 580163 |