

**ORDERED in the Southern District of Florida on May 7, 2023.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 23-10646-PDR |
| Harlene Benitez, | Chapter 7 |
| Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING MOTION BY BAPTIST HEALTH SOUTH FLORIDA FEDERAL CREDIT UNION FOR ENTRY OF ORDER APPROVING REAFFIRMATION AGREEMENT AS TIMELY FILED (DOCKET ENTRY # 22)**

This matter is before the Court upon the Agreed Motion to Allow Late Filed Reaffirmation Agreement pursuant to Rule 4008, F.R.B.P. filed by Baptist Health South Florida Federal Credit Union ("Creditor") (Docket Entry # 22), which was agreed to by the Debtor's counsel. The Court, having considered Creditor's Motion, **ORDERS**:

1. That Creditor's Motion is granted.

2. That the Reaffirmation Agreement filed by Creditor (Docket Entry # 22) is accepted as

a valid reaffirmation agreement and shall be treated as if timely filed.

###

Submitted by:   Chad D. Heckman
                  Heckman Law Group, P.L.
                  P.O. Box 12492
                  Tallahassee, FL 32317-2492
                  Phone: (850) 583-4161
                  E-mail: eservice@heckmanlawgroup.com

Attorney Chad D. Heckman is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.